**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

JAKE FINLEY,

          Plaintiff,

v.                                                                  Case No. 20-11739

MANUEL MORA, *et al*.,

          Defendants.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion

for Summary Judgment," entered on August 31, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants

Manuel Mora and Nina Transport, Inc. and against Plaintiff Jake Finley.

Dated at Port Huron, Michigan, August 31, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Lisa Wagner
Lisa Wagner, Case Manager
to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-11739.FINLEY.Judgment.NTH.docx